DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JULIO CESAR RUIZ,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-157

[December 31, 2020]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Charles A. Schwab, Judge; L.T. Case Nos. 56-2017-CF-002506A and 56-2018-CF-000592A.

Carey Haughwout, Public Defender, and Claire Victoria Madill, Assistant Public Defender, West Palm Beach, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Marc B. Hernandez, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, CONNER and FORST, JJ., concur.

*       *       *

***Not final until disposition of timely filed motion for rehearing.***